# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Operating Engineers Local #49 Health and Welfare Fund and Central Pension Fund of the International Union of Operating Engineers and Participating Employers, Local #49 International Union of Operating Engineers and Associated General Contractors of Minnesota Apprenticeship and Training Program and their Trustees, | Civil No. 09-2731 (RHK/FLN) <br><br> **ORDER** |
| Plaintiffs, | |
| vs. | |
| Johnson Crushing Incorporated and Jeff J. Johnson, individually, | |
| Defendants. | |

Pursuant to the Notice of Voluntary Dismissal (Doc. No. 8), **IT IS ORDERED** that this matter is **DISMISSED WITHOUT PREJUDICE** and without costs to either party.

Dated: June 22, 2010

                                               s/Richard H. Kyle
                                               RICHARD H. KYLE
                                               United States District Judge